UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
            Plaintiff,               :   Case No. 13-cr-00843-PKC
                                     :
      -against-                      :
                                     :   **NOTICE OF APPEARANCE**
                                     :
DAVID LONG,                          :
                                     :
            Defendant.               :
-------------------------------------------------------------X


TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Gordon Sung of the law firm of DECHERT LLP hereby enters his appearance as counsel of record on behalf of the Defendant David Long in the above-captioned action. I certify that I am admitted to practice in the Southern District of New York.

Dated: January 13, 2014
       New York, New York

                              DECHERT LLP


                              By:  /s/ Gordon Sung
                                   Gordon Sung
                              1095 Avenue of the Americas
                              New York, New York 10036-6797
                              (gordon.sung@dechert.com)
                              Tel: (212) 698-3500
                              Fax: (212) 698-3599

                              *Attorney for Defendant David Long*